IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLIFFORD W. DORSEY, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 10-642-SLR ) |
| BARCLAYS BANK (US), | ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this 30th day of April, 2012, defendant having filed a motion to dismiss for failure to prosecute;

IT IS HEREBY ORDERED that:

1. The motion to dismiss (D.I. 23) is **granted**.

2. The clerk of court is directed to **close** the case.

_____
United States District Judge